# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 7, 2024

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.   02/09/2024

Re:   *United States v. Bransky*,
        23 Cr. 514 (VSB)

Dear Judge Broderick:

    I write to respectfully request a modification of Thomas Bransky's bail conditions, specifically to permit him to travel to the Western and Northern Districts of New York; the District of Connecticut; and the District of Rhode Island for work purposes, with advance notice to Pre-Trial Services. The Government and Pre-Trial Services do not object to this request.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender, SDNY
(646) 315-1527

Cc: Counsel of Record