# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**By CM/ECF**
The Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.** 05/30/2024
>
> Mr. Bransky is to provide his Pretrial Services Officer with his full itinerary. Counsel is reminded that these sorts of applications must be filed timely and in advance of travel to allow the Court time to review and process these requests.

Re: *United States v. Thomas Bransky*
23 Cr. 514 (VSB)

Dear Judge Broderick:

I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, specifically to permit him to travel to Chicago, Illinois for a family wedding from today, May 30, 2024, through June 5, 2024. Pre-Trial Services, by Officer Stephen Boose, has no objection to this application. Mr. Bransky will give Officer Boose the address of where he will stay. The Government, by AUSA Nicholas Chiuchiolo, also has no objection to this application.

I thank the Court for its consideration of this motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record