# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 22, 2024

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  08/23/2024

Re: *United States v. Thomas Bransky*
23 Cr. 514 (VSB)

Dear Judge Broderick:

I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, specifically to permit him to travel to the Eastern District of North Carolina for a family vacation, to an address already provided to Pre-Trial Services and the Government. Mr. Bransky will leave on the evening of Saturday, August 24, 2024, and return to his home in the Eastern District of New York on Thursday, August 29. The Government, by AUSA Nicholas Chiuchiolo, does not object to this application. Mr. Bransky will keep Pre-Trial Services apprised of all his goings and comings as well.

I thank the Court for its consideration of this motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record