# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 27, 2024

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  09/27/2024

*By CM/ECF*
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Thomas Bransky*
            23 Cr. 514 (VSB)

Dear Judge Broderick:

    I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, specifically to permit him to travel to the Northern District of Illinois to a location to be shared with Pre-Trial Services for a funeral on Monday, September 30, 2024. AUSA Jilan Kamal consents to this application.

    Unfortunately, Mr. Bransky's aunt just passed away and her funeral will be on Monday, September 30, 2024, in Chicago, Illinois. Mr. Bransky is in the process of making travel arrangements to attend the funeral and will share them with Pre-Trial Services as soon as they are confirmed.

    I thank the Court for its consideration of this motion.

                                     Respectfully Submitted,

                                     Andrew John Dalack, Esq.
                                   Assistant Federal Defender
                                   (646) 315-1527

Cc:   Counsel of Record