# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 6/24/2025

Mr. Bransky is permitted to travel to Chicago, Illinois, from June 25, 2025 through June 29, 2025. Mr. Bransky must transmit his itinerary to Pretrial Services prior to traveling.

*By CM/ECF*
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Thomas Bransky*
           23 Cr. 514 (VSB)

Dear Judge Broderick:

    I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, to permit him to travel to Chicago, Illinois, from June 25 through June 29, 2025, for an impromptu gathering for his elderly father's birthday. Pre-Trial Services, via Officer Robert Stehle, has no objection to this application and the Government, via AUSA Nicholas Chiuchiolo, also has no objection. Mr. Bransky will transmit his itinerary to Officer Stehle and has already provided his address in Chicago to the Government and Pre-Trial Services. I thank the Court for its consideration of this consent application.

                                         Respectfully Submitted,

                                         Andrew John Dalack, Esq.
                                         Assistant Federal Defender
                                         (646) 315-1527

Cc:   Counsel of Record