# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 20, 2025

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   08/20/2025

Re:   *United States v. Thomas Bransky*
      23 Cr. 514 (VSB)

Dear Judge Broderick:

    I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, to permit him to travel from New York City to Littleton, North Carolina from August 21, 2025 through August 29, 2025, for an impromptu family road trip. They intend to stop along the way in Baltimore, Maryland, staying with family friends. They will then spend the night at Shenandoah campground in Verona, VA on August 25, and make their way to Mr. Bransky's in-law's house in Littleton, North Carolina by August 26. They will remain there for three days and drive back to New York City on August 29.

    Pre-Trial Services, via Officer Robert Stehle, has no objection to this application and the Government, via AUSA Nicholas Chiuchiolo, also defers to Pre-Trial Services. Mr. Bransky has transmitted his itinerary to Officer Stehle and provided the relevant addresses to the Government and Pre-Trial Services. I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

/s/
Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Counsel of Record