| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Southern District<br>Jennifer L. Brown<br>*Attorney-in-Charge* |

September 25, 2025

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Thomas Bransky*
             23 Cr. 514 (VSB)

Dear Judge Broderick:

    I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, to permit him to travel to Chicago, Illinois, from September 25 through September 29, 2025, for a family visit at his sister's house. Pre-Trial Services, via Officer Robert Stehle, has no objection to this application and the Government, via AUSA Nicholas Chiuchiolo, also has no objection. Mr. Bransky will transmit his itinerary to Officer Stehle. I thank the Court for its consideration of this consent application.

                                              Respectfully Submitted,

                                              /s/
                                        Andrew John Dalack, Esq.
                                        Assistant Federal Defender
                                        (646) 315-1527

Cc:    Counsel of Record

Dated:  September 25, 2025

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**