# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 9, 2025

***By CM/ECF***
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK
U.S.D.J.** 12/09/2025

Re:    *United States v. Thomas Bransky*
        23 Cr. 514 (VSB)

Dear Judge Broderick:

I write to respectfully request a one-time modification of Thomas Bransky's bail conditions, to permit him to travel to Chicago, Illinois, from December 11 through December 15, 2025, for a family Chanukah gathering. Pre-Trial Services, via Officer Robert Stehle, has no objection to this application and the Government, via AUSA Nicholas Chiuchiolo, also has no objection. Mr. Bransky will stay at family addresses already provided to the Government and Pre-Trial Services, and Mr. Bransky will submit his travel itinerary to Pre-Trial Services forthwith. I thank the Court for its consideration of this consent application.

Respectfully Submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    Counsel of Record