# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 12, 2026

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 05/12/2026

The sentencing scheduled for May 22, 2026 is hereby adjourned to June 22, 2026 at 2:00 PM.

Re:    *United States v. Thomas Bransky*
       23 Cr. 514 (VSB)

Dear Judge Broderick:

I write to respectfully request that the Court adjourn sentencing in the above-captioned case, which is currently scheduled for May 22, 2026, by 30 days. The Government, by AUSA Nicholas Chiuchiolo, does not object to this application. I have conferred with AUSA Chiuchiolo, and the parties are available on June 22, June 23 after 12:00p.m., and June 24 for sentencing.

There are two principal reasons for an adjournment. First, the current sentencing date falls in the middle of Shavuot (a Jewish holiday commemorating the giving of the Torah at Mount Sinai), which begins at sunset on Thursday, May 21 and lasts until nightfall on Saturday, May 23. No work is permitted over the holiday and an adjournment is necessary to facilitate Mr. Bransky's family's attendance at sentencing. Second, since the last adjournment request, I have obtained the bulk of the mitigation materials and letters of support that I intend to submit to the Court for its consideration in applying the Section 3553(a) factors to Mr. Bransky. However, I have not finished reviewing the numerous letters I received with their authors and need more time to finalize them. Further, I also need more time to complete my overall sentencing submission on Mr. Bransky's behalf and review it with him, which has been delayed due to the press of several other Rule 12 and sentencing submission deadlines for detained clients over the past 30 days.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Counsel of Record