# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

June 8, 2026

**By CM/ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Thomas Bransky*
     23 Cr. 514 (VSB)

Dear Judge Broderick:

  Sentencing in this case is scheduled for June 22, 2026. I write to respectfully request a two-day extension of the parties' respective sentencing submission deadlines, such that the defense submission is due by June 10 and the Government's submission is due by June 17. AUSA Nicholas Chiuchiolo consents to this application. The defense requires two additoinal days to finish its sentencing letter and enclosures, and agrees to a commensurate extension for the Government.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 6/9/2026