Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/17/2026

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on November 17, 2026.

***By CM/ECF***
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Thomas Bransky*
23 Cr. 514 (VSB)

Dear Judge Broderick:

I write to respectfully request that the Court extend Thomas Bransky's surrender date from September 29, 2026, to November 17, 2026. The Government, by AUSA Nicholas Chiuchiolo, does not object to this application. The extension is necessary to afford Mr. Bransky and his wife sufficient time to prepare for his surrender given his wife's work and family responsibilities. Specifically, Mrs. Bransky will have to take unpaid leave from her job as a physician's assistant in Queens to compensate for Mr. Bransky's absence from their household during his term of imprisonment. She requires additional time before going on unpaid leave out of financial necessity, to give her employer adequate notice, and to also accommodate other family obligations in October.

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: Counsel of Record